AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Joseph William Hart,

        *Petitioner*

v.

Washington State Department of Corrections et al.,

        *Respondent*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 21, 2024**

SEAN F. McAVOY, CLERK

Civil Action No. 2:24-cv-00131-SMM

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Petitioner's Petition for Habeas Corpus (ECF Doc. 1) is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Stephen M McNamee

Date: 5/21/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
      *(By) Deputy Clerk*

Courtney Piazza